UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-21062-CV-WILLIAMS

KING OCEAN SERVICES, LTD.,

    Plaintiff,

v.

ZIEGLER LOGISTICS & CO., CORP.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 12) ("**Report**") on Plaintiff's Motion for Final Default Judgment (DE 10) ("**Motion**"). In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion for Default Final Judgment. (DE 12 at 1.) Specifically, the Report finds that Defendant Ziegler Logistics & Co., Corp. was validly served with process and Plaintiff is entitled to default final judgment against Defendant on Count I of Plaintiff's Complaint (DE 1). (DE 12 at 2, 7.) The Report recommends that Plaintiff be awarded $50,150 in damages for unpaid ocean freight and related charges and $600.12 in taxable costs. (DE 12 at 7.) No objections were filed to the Report, and the time to do so has passed. Accordingly, upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 12) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Final Default Judgment (DE 10) is **GRANTED**.

3. The Clerk of Court is directed to enter final default judgment in favor of Plaintiff King Ocean Services, Ltd. and against Defendant Ziegler Logistics & Co., Corp.

4. A cost judgment should be entered against Defendant Ziegler Logistics & Co., Corp. in the sum of $50,750.12, consisting of $50,150 in damages for unpaid ocean freight and related charges and $600.12 in taxable costs.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 16th day of January, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE